445 A.2d 199

Commonwealth v. Hipszer, Appellant.

Submitted May 11, 1981. Michael D. Marino, for appellant; David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

445 A.2d 199

Commonwealth v. Hoover, Appellant.

Argued January 27, 1982. Leslie M. Fields, for appellant; J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.